IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| STATE OF SOUTH CAROLINA BY AND THROUGH SCARLETT A. WILSON, IN HER CAPACITY AS SOLICITOR OF THE NINTH JUDICIAL CIRCUIT,<br><br>Plaintiff,<br><br>-versus-<br><br>LENDING TREE, LLC F/K/A LENDING TREE, INC. D/B/A LENDING TREE.COM, REALESTATE.COM AND LENDING TREE, INC.<br><br>Defendants. | CIVIL ACTION No. 2:08-cv-03677-HFF<br><br><br><br><br>**ORDER STAYING SCHEDULE AND**<br><br>**DISCLOSURE AND CONFERENCE DEADLINES** |

Upon the joint motion of Plaintiff and Defendant it is hereby ordered that the schedule in this case and all Federal and Local Civil Rule disclosure and conference requirements are stayed pending ruling on Plaintiff's motion to remand this action to state court.

It is further Ordered Plaintiff shall have 30 days from the date of this Court's Order on Plaintiff's motion to remand to respond to Plaintiff's pending motion to dismiss.

IT IS SO ORDERED.

s/**Henry F. Floyd**
Henry F. Floyd
United States District Court Judge

Spartanburg, South Carolina

November 21, 2008